IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMILTON, et al.,

        Plaintiff(s),

vs.

SIGNATURE FLIGHT SUPPORT CORP., et al.,

        Defendant(s).

No. C 05-0490 CW (MEJ)

**ORDER SCHEDULING HEARING RE: PLAINTIFFS' MOTION FOR SANCTIONS**

        On November 9, 2005, the Honorable Claudia Wilken referred Plaintiffs' Motion for Sanctions Against Defendant for Spolation of Evidence to the undersigned. Accordingly, the Court shall conduct a hearing on December 15, 2005 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall comply with Civil Local Rule 7 for all briefing in this matter.

        Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: November 15, 2005

                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge