IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMILTON, et al., | No. C 05-0490 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DECLARATION OF ROBERT WILGER** |
| SIGNATURE FLIGHT SUPPORT CORP., et al., | |
| Defendant(s). | |

The Court is in receipt of the Declaration of Robert Wilger, filed December 7, 2005, in opposition to Plaintiff's Motion for Sanctions. As Mr. Wilger's declaration provides the deposition testimony of Bobby Jones, which was unavailable at the time Signature's opposition was due, the Court shall consider Mr. Wilger's declaration. Accordingly, Plaintiffs may file any response to the declaration by December 13, 2005.

**IT IS SO ORDERED.**

Dated: December 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge