IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMILTON, et al., | No. C 05-0490 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: SIGNATURE'S OBJECTIONS TO PLAINTIFFS' DECLARATIONS** |
| SIGNATURE FLIGHT SUPPORT CORP., et al., | |
| Defendant(s). | |

On December 7, 2005, the Court received the Supplemental Declaration of Robert Wilger, which provides the deposition testimony of Bobby Jones. As the deposition testimony was unavailable at the time Signature's opposition to Plaintiffs' motion for sanctions was due, the Court issued an order on December 8 which permitted the late filing of Mr. Wilger's declaration and granted Plaintiffs until December 13 to file any response.

On December 12, 2005, Plaintiffs filed the Declaration of Donald Hamilton, and on December 13, 2005, they filed the Supplemental Declaration of Steve Cikes. Now before the Court is Signature's Objections to Plaintiffs' declarations, filed on December 13, 2005. In its objections, Signature argues that the declarations are not responsive to the Court's December 8 Order and contain additional evidence that was available either at the time Plaintiffs filed their motion or their reply. Signature asks that the Court exclude the declarations pursuant to Civil Local Rule 7-3(d).

Upon review of Signature's objections, the Court finds that Plaintiffs' declarations are not properly before it. However, because the Court permitted Signature to file Mr. Wilger's declaration, and because it is preferable to decide this matter on its merits, the Court shall consider Plaintiff's declarations.

**IT IS SO ORDERED.**

Dated: December 14, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

2