COOK & ROOS LLP
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:   415-362-7071
Facsimile:    415-362-7073

Attorneys for Defendant
NORMAN RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAMILTON, an individual; BOBBY JONES, an individual; DAMON BARRON-SMITH, an individual; ALJARICE SANDERS, an individual; and on behalf of themselves and others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware Corporation; BBA AVIATION SHARED SERVICES, INC. a Florida corporation; BBA GROUP US HOLDINGS INC., a Massachusetts corporation; STEVE TRUE, an individual; NORMAN RAMIREZ, an individual; DENNIS SMITH, an individual; VAL VADEN; and DOES 1-100;<br><br>Defendants. | Case No: C 05-00490 CW<br><br>**STIPULATION OF DISMISSAL** |

1  The parties, through their counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal
2  Rules of Civil Procedure, that all claims against Defendant Ramirez are dismissed with prejudice and
3  that Defendant Ramirez is dismissed from this action with prejudice.
4  IT IS SO STIPULATED:
5  Dated: Nov. 30, 2005          RENNE SLOAN HOLTZMAN & SAKAI, LLP

   By _____
   Attorneys for Plaintiffs
   DONALD HAMILTON, BOBBY JONES, DAMON
   BARRON-SMITH, and ALJARICE SANDERS

   Dated: Nov. 30, 2005          COOK & ROOS LLP

   By _____
   MICHAEL E. WILBUR
   Attorneys for Defendant
   NORMAN RAMIREZ

   Dated: Nov. 30, 2005          LITTLER MENDELSON, A Professional Corporation

   By _____
   ALAN B. CARLSON  ROBERT J. WILGER
   Attorneys for Defendants
   SIGNATURE FLIGHT SUPPORT CORPORATION,
   BBA AVIATION SHARED SERVICES, INC., BBA
   GROUP US HOLDINGS INC., STEVE TRUE,
   DENNIS SMITH, and VAL VADEN

   IT IS SO ORDERED:

   /s/ CLAUDIA WILKEN

   Dated: 12/20, 2005
   _____
   Claudia Wilken
   United States District Court Judge

P112905mewStip of Dismissal jkg.wpd

HAMILTON ET AL. v. SIGNATURE ET AL.                     STIPULATION OF DISMISSAL
CASE NO. C 05-00490 CW                    2