IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAMILTON, BOBBY JONES, DAMON BARRON SMITH, and ALJARICE SANDERS, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation, BBA AVIATION SHARED SERVICES, INC., a Florida corporation, BBA GROUP US HOLDINGS, INC., a Massachusetts corporation, BBA GROUP PLC, a United Kingdom corporation, STEVE TRUE, NORMAN RAMIREZ, DENNIS SMITH, LYNN SHAW, HAY SINGH, MARCARIO LIPORADA, and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C 05-490 CW<br><br>ORDER STRIKING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |

    Defendants Signature Flight Support Corporation (Signature), BBA Aviation Shared Services, Inc. (BBA), Steve True, Dennis Smith and Val Vaden have filed no fewer than nine separate motions for partial summary adjudication of the claims of Plaintiffs Donald Hamilton, Bobby Jones, Damon Barron Smith and Aljarice Sanders. Also pending before the Court is Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 56(f) to strike or continue Defendants' first three summary judgment motions. The Court's standing orders clearly state that "all issues shall be contained

within one [summary judgment] motion."  Moreover, the Court has not yet set any deadline for the completion of fact discovery or for hearing of case dispositive motions.  It has instructed Plaintiffs to file a motion for class certification by January 27, 2006 and notice it for hearing on March 3, 2006, at which point the Court will consider the issue of consolidation.  In the meantime, Defendants' many motions for summary judgment are premature.

Accordingly, the Court STRIKES Defendants' motions for partial summary adjudication (Docket Nos. 65, 70, 73, 107, 111, 116, 120, 125 and 129).

IT IS SO ORDERED.

Dated: 1/6/06

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge