1    LOUISE H. RENNE, ESQ. (SBN 036508)
    JONATHAN V. HOLTZMAN, ESQ. (SBN 099795)
2    STEVE J. CIKES, ESQ. (SBN 235413)
    RENNE SLOAN HOLTZMAN & SAKAI, LLP
3    50 California Street, Suite 2100
    San Francisco, CA  94111
4    Telephone:  (415) 678-3800
    Facsimile:   (415) 678-3838
5    jholtzman@publiclawgroup.com

6    SHARON R. VINICK, ESQ.  (SBN 129914)
7    VINICK LAW FIRM
    One Embarcadero, Suite 1200
8    San Francisco, CA  94111
    Telephone: (415) 722-4481
9    Facsimile:  (415) 276-6338
    sharon@vinicklaw.com
10
    Attorneys for Plaintiffs,
11   DONALD HAMILTON, an individual;
    BOBBY JONES, an individual; DAMON BARRON-SMITH,
12   an individual; and ALJARICE SANDERS, an
    individual
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| DONALD HAMILTON, an individual; BOBBY JONES, an individual; DAMON BARRON-SMITH, an individual; ALJARICE SANDERS, an individual; and on behalf of themselves and others similarly situated, | **Case No.: C-05-00490-CW** <br><br> **E-FILING** <br><br> **STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION AND DEFENDANTS TO PRODUCE NATIONWIDE DISCOVERY** |
| Plaintiffs, | |
| vs. | |
| SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation; BBA AVIATION SHARED SERVICES, INC., a Florida corporation;; BBA GROUP US HOLDINGS INC., a Massachusetts Corporation; STEVE TRUE, an individual; NORMAN RAMIREZ, an individual; DENNIS SMITH, an individual; VAL VADEN, an individual; and DOES 1-100, | |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law

---

1

STIPULATION AND [PROPOSED] ORDER GRANTING AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS
CERTIFICATION AND DEFENDANTS TO PRODUCE NATIONWIDE DISCOVERY
CASE NO. C-05-00490-CW

1    This Stipulation is made between Plaintiffs Donald Hamilton, Bobby Jones, Damon

2  Barron-Smith and Aljarice Sanders (collectively, "Plaintiffs") and Defendants Signature Flight

3  Support Corporation ("Signature"), BBA Aviation Shared Services, Inc., BBA Group US

4  Holdings, Inc., Steve True, Dennis Smith and Val Vaden (collectively, "Defendants"), through

5  their respective attorneys of record, with reference to the following facts:

6      A.    On June 21, 2005, the Court issued a case management order and scheduled a

7              January 27, 2005 deadline for Plaintiffs to file a motion for class certification.

8      B.    On December 6, 2005, the Court issued an order compelling Defendants to

9              respond to Plaintiff's discovery requests related to Signature's employment

10             practices, as well as complaints of discrimination, harassment and retaliation, on a

11             company-wide/nationwide scale by no later than January 20, 2005.

12      C.    On January 12, 2006, the parties reached a tentative settlement agreement

13              resolving the case in its entirety.

14    Based on the foregoing and in order to allow the parties to continue settlement

15  discussions, the parties stipulate as follows:

16      1.    Plaintiffs are permitted a 30-day extension of time, up to and including February

17  27, 2006, in which to file their Motion for Class Certification.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

*Left margin (vertical):* RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law

STIPULATION AND [PROPOSED] ORDER GRANTING AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS
CERTIFICATION AND DEFENDANTS TO PRODUCE NATIONWIDE DISCOVERY
CASE NO. C-05-00490-CW

2.      Defendants are permitted a 30-day extension of time, up to and including February 19, 2006, in which to respond to Plaintiffs' discovery requests related to Signature's employment practices, as well as complaints of discrimination, harassment and retaliation, on a nationwide/company-wide scale.

**SO STIPULATED:**

Dated:  January 24, 2006          RENNE SLOAN HOLTZMAN & SAKAI LLP


By:      /s/ Steve J. Cikes
         Louise H. Renne
         Jonathan V. Holtzman
         Steve J. Cikes
         Attorneys for Plaintiffs Donald Hamilton,
         Bobby Jones, Aljarice Sanders, and Damon
         Barron-Smith

Dated:  January 24, 2006          LITTLER MENDELSOHN


By:      /s/ Alan Carlson
         Alan B. Carlson
         Robert J. Wilger
         Attorneys for Defendants Signature Flight
         Support Corporation, BBA Aviation Shared
         Services, BBA Group US Holdings, Inc.,
         Steve True, Dennis Smith and Val Vaden


**APPROVED AND SO ORDERED:  The hearing on Plaintiffs' motion for class certification and the Further Case Management Conference are continued to 4/7/06 at 10:00 a.m.**

 Dated:  1/25/06                   /s/ CLAUDI WILKEN

                            _____
                                 The Honorable Claudia Wilken
                                 United States District Court Judge

STIPULATION AND [PROPOSED] ORDER GRANTING AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS
CERTIFICATION AND DEFENDANTS TO PRODUCE NATIONWIDE DISCOVERY
CASE NO. C-05-00490-CW