1  LOUISE H. RENNE, ESQ. (SBN 036508)
   JONATHAN V. HOLTZMAN, ESQ. (SBN 099795)
2  STEVE J. CIKES, ESQ. (SBN 235413)
   RENNE SLOAN HOLTZMAN & SAKAI, LLP
3  50 California Street, Suite 2100
   San Francisco, CA  94111
4  Telephone:  (415) 678-3800
   Facsimile:   (415) 678-3838
5  jholtzman@publiclawgroup.com

6  SHARON R. VINICK, ESQ.  (SBN 129914)
7  VINICK LAW FIRM
   One Embarcadero, Suite 1200
8  San Francisco, CA  94111
   Telephone: (415) 722-4481
9  Facsimile:  (415) 276-6338
   sharon@vinicklaw.com

   Attorneys for Plaintiffs,
11 DONALD HAMILTON, an individual;
   BOBBY JONES, an individual; DAMON BARRON-SMITH,
12 an individual; and ALJARICE SANDERS, an
   individual

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAMILTON, an individual; BOBBY JONES, an individual; DAMON BARRON-SMITH, an individual; ALJARICE SANDERS, an individual; and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation; BBA AVIATION SHARED SERVICES, INC., a Florida corporation;; BBA GROUP US HOLDINGS INC., a Massachusetts Corporation; STEVE TRUE, an individual; NORMAN RAMIREZ, an individual; DENNIS SMITH, an individual; VAL VADEN, an individual; and DOES 1-100,<br><br>Defendants. | **Case No.: C-05-00490-CW**<br><br>**E-FILING**<br><br>**STIPULATION OF DISMISSAL** |

1   The parties, through their attorneys of record, hereby stipulate that the above-captioned
2   action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil
3   Procedure 41(a)(1)(ii).

**SO STIPULATED:**

Dated:  February 28, 2006              RENNE SLOAN HOLTZMAN & SAKAI LLP


                                       By:    /s/ Steve J. Cikes
                                              Louise H. Renne
                                              Jonathan V. Holtzman
                                              Steve J. Cikes
                                              Attorneys for Plaintiffs Donald Hamilton,
                                              Bobby Jones, Aljarice Sanders, and Damon
                                              Barron-Smith

Dated:  February 28, 2006              LITTLER MENDELSOHN


                                       By:    /s/ Alan B. Carlson
                                              Alan B. Carlson
                                              Robert J. Wilger
                                              Attorneys for Defendants Signature Flight
                                              Support Corporation, BBA Aviation Shared
                                              Services, BBA Group US Holdings, Inc.,
                                              Steve True, Dennis Smith and Val Vaden


**APPROVED AND SO ORDERED:**

Dated: 3/2/06                          /s/ CLAUDIA WILKEN


                                       The Honorable Claudia Wilken
                                       United States District Court Judge